IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'NEIL,<br><br>　　　　Plaintiff,<br>　v.<br><br>HENKEL ADHESIVE, dba HENKEL ADHESIVES CORPORATION, CIRO SEPULVEA, and DOES 1-10,.<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 06-3914 SI<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE AND FAILURE TO SERVE COMPLAINT ON DEFENDANT CIRO SEPULVEDA; and ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

This matter came on for a regularly-scheduled case management conference on Friday, September 22, 2006. Defendant was present through counsel, but plaintiff's counsel did not appear, nor did he contact the Court in any way concerning his absence. Further, it has come to the Court's attention that plaintiff has not served defendant Ciro Sepulveda with process. Since defendant Sepulveda's presence in this action could affect this Court's jurisdiction, it is imperative that he either be served or dismissed promptly.

Accordingly, the Court enters the following orders:

1. Counsel for plaintiff ORDERED to show cause, **in writing filed with the Court and served on opposing counsel no later than October 6, 2006**, why he failed to appear at the case management conference and whether he intends to serve defendant Ciro Sepulveda with process in this action.

2. A further Case Management Conference is scheduled for Friday, November 3, 2006 at 2:30 p.m. Counsel for plaintiff is ORDERED to appear at said conference.

**IT IS SO ORDERED.**

Dated: September 22, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge