WILLIAM R. HOPKINS, Bar No. 170122
WELLS & HOPKINS
1628 Tiburon Blvd.
Tiburon, CA 94920
Telephone: 415.435.5507
Facsimile: 415.366.2179
Email: wrhopkins3@prodigy.net

Attorney for Plaintiff
DOUGLAS O'NEIL

PAULA CHAMPAGNE, Bar No. 76545
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.743.6548
Email: pchampagne@littler.com

Attorney for Defendant
HENKEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'NEIL,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HENKEL ADHESIVE, dba HENKEL ADHESIVES CORPORATION, CIRO SEPULVEDA, an individual, and DOES 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. C-06-03914 SI<br><br>**STIPULATION OF PARTIES REQUESTING EXENSION OF TIME IN WHICH TO MEDIATE AND ORDER GRANTING EXTENSION** |

On August 29, 2006, the parties filed a stipulation with this Court selecting mediation as an ADR process. This Court subsequently ordered that the deadline for the ADR session be held within 90 days.

On September 18, 2006, the ADR case administrator notified the parties of the appointment of mediator Steven J. Rosenberg. On October 1, 2006, Mr. Rosenberg emailed the

1.

parties, indicating that that he was available on three dates before November 28, 2006, the mediation deadline. Those dates are November 13, 20 and 27, 2006. Counsel for Defendant Henkel Corporation is not available on any of those three dates due to a previously scheduled vacation.

The parties hereby stipulate and seek the Court's approval for a two-month extension of time of the mediation deadline, or until January 31, 2007, so that the parties may have the opportunity to mediate this case with Mr. Rosenberg.

Dated: October 2, 2006

WELLS & HOPKINS

_____
WILLIAM R. HOPKINS
Attorney for Plaintiff
DOUGLAS O'NEIL

Dated: October 3, 2006

LITTLER MENDELSON
A Professional Corporation

_____
PAULA CHAMPAGNE
Attorneys for Defendant
HENKEL CORPORATION

The deadline by which the parties must attend a mediation in this case is hereby extended to January 31, 2007.

IT IS SO ORDERED.

Dated: October ___, 2006

_____
SUSAN ILLSTON
United States District Judge

Firmwide:81541324.1 045888.1008

2.

STIP/ORDER EXTENDING TIME TO MEDIATE  Case No. C-06-03914 SI