United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS O'NEIL, | No. C 06-03914 SI |
| Plaintiff, | **ORDER RE: DISCOVERY** |
| v. | |
| HENKEL ADHESIVE, et al., | |
| Defendants. | |

Defendant has filed a letter brief seeking an order compelling discovery responses, and requesting attorneys' fees incurred in pursuing this matter. For the following reasons, the Court GRANTS IN PART defendant's requests.

On March 5, 2007, defendant served plaintiff with "Interrogatories to Plaintiff, Set Three," and "Request for Production of Documents to Plaintiff, Set Two." Plaintiff had until April 9, 2007, to respond. *See* Fed. R. Civ. P. 33, 24, 6. Plaintiff did not file any response by that deadline, nor did plaintiff's counsel contact defendant to seek an extension. Throughout April, defendant made several fruitless attempts to contact plaintiff's counsel, by mail and telephone. Finally, on April 26, 2007, plaintiff's counsel notified defendant, via facsimile, that he would serve his discovery responses by April 27, 2007, at the latest. Having not received anything by April 30, 2007, defendant filed the instant letter brief.

On May 1, 2007, plaintiff filed a declaration with the Court stating that he "has now served responses to all of Defendant's recent third round of discovery request: Set Three of Defendant's request for Production of Documents and Set Three of Defendant's Special Interrogatories." Defendant's motion to compel is thus at least partially moot. However, it is unclear from plaintiff's

declaration whether he has responded to Set Two of the request for production of documents; he only mentions Set Three. To the extent that plaintiff has yet to respond to request for production of documents, Set Two, the Court hereby ORDERS him to do so, by May 21, 2007.

Defendant also requests that the Court order plaintiff's counsel to pay defendant's reasonable attorneys' fees incurred in resolving this discovery matter. The Court agrees with defendant that sanctions are appropriate. *See* Fed. R. Civ. P. 37(a)(4)(A). Other than the difficult living situation of his client, plaintiff's counsel has provided no explanation for his tardy response to the discovery requests. More importantly, plaintiff's counsel provides no explanation for why he did not contact defendant to request more time to file his responses. The Court therefore ORDERS plaintiff's counsel to pay defendant $700.00 in attorneys' fees.[1]  [Docket No. 26]

**IT IS SO ORDERED.**

Dated: May 15 , 2007

SUSAN ILLSTON
United States District Judge

---

[1] This discovery dispute presented a rather simple issue. Defendant's request for reimbursement of nine hours of time spent preparing its motion therefore appears excessive. The Court grants defendant its fees for one hour of preparing the motion, at Blane Mall's hourly rate of $225.00, *see* Mall Decl. ¶ 4, and for one hour of attempts to contact plaintiff's counsel, at Paula Champagne's hourly rate of $475.00, *see* Champagne Decl. ¶ 8.

2